1 Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
2 38 Miller Avenue, #263
Mill Valley, CA 94941
3 415-325-5900
blgibbs@wefightpiracy.com
4
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | No3:12-CV-02415-CRB |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION FOR** |
| JOHN DOE, ) | **LEAVE TO CONTINUE INITIAL** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| Defendant. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On August 24, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the ICMC, which was originally scheduled by the Court on August 31, 2012. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for August 31, 2012, is continued to **Friday, December 7, 2012, at 8:30 a.m.**

DATED: August 28, 2012

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*