1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
7                IN THE UNITED STATES DISTRICT COURT FOR THE
8                       NORTHERN DISTRICT OF CALIFORNIA
9

10 AF HOLDINGS LLC,                )   **No. 3:12-CV-02415-CRB**
                                   )
11         Plaintiff,              )   **PLAINTIFF'S MOTION FOR**
       v.                          )   **ADMINISTRATIVE RELIEF FOR**
12                                 )   **LEAVE TO CONTINUE INITIAL CASE**
   JOHN DOE,                       )   **MANAGEMENT CONFERENCE**
13                                 )
           Defendant.              )
14                                 )
                                   )
15 _____

16         **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE
                        INITIAL CASE MANAGEMENT CONFERENCE**

17         Plaintiff AF Holdings LLC, by and through its undersigned counsel, and pursuant to
18 Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for
19 administrative relief for an order continuing the initial case management conference for good cause.
20 Per the Order Granting Plaintiff's Motion for Leave to Continue Initial Case Management
21 Conference (hereinafter "December 3, 2012 Order"), the CMC is scheduled for January 11, 2013.
22 (ECF No. 16.) John Doe is an individual associated with the Internet Protocol ("IP") address
23 67.160.221.52 (ECF No. 8 ¶ 4). As explained in Plaintiff's most recent Case Management
24 Conference Statement, Plaintiff has moved the court for leave to file its Second Amended Complaint
25 to name the Defendant in this case, and the hearing on that Motion is scheduled for January 18,
26 2013. As such, Plaintiff contends that continuing the Case Management Conference until after the
27 Court has ruled on Plaintiff's Motion for Leave to File Second Amended Complaint, and has had
28

time to effectuate service upon Defendant to allow him to participate in the case, would be the ideal and most efficient course of action for all involved.

At this juncture, Plaintiff believes that, in light of the above, a case management conference is unnecessary as there is nothing substantive to report at this time outside of the matters discussed herein. Before Plaintiff names and serves the Defendant to this case, such a hearing would be a waste of the Court's time and resources.

For these reasons, Plaintiff respectfully requests that this Court continue the CMC to **Friday, February 22, 2013, at 8:30 a.m.**, or to a later date that is in accordance with this Court's schedule.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: January 4, 2013**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

Signed: January 8, 2013



2

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CMC    No. 3:12-2415-CRB